Form B18 (Official Form 18)(12/07)

# United States Bankruptcy Court

Middle District of Florida

Case No. 8:08−bk−13724−CED

**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Gerald Scott Cugno
    10918 Summerton Drive
    Riverview, FL 33579

Social Security No.:
    xxx−xx−8067

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

_____

Dated: December 19, 2008

Caryl E. Delano
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

FORM B18 continued (12/07)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 113A-8          User: knoxk                Page 1 of 1              Date Rcvd: Dec 19, 2008
Case: 08-13724                Form ID: B18               Total Served: 20

The following entities were served by first class mail on Dec 21, 2008.
db          +Gerald Scott Cugno,    10918 Summerton Drive,    Riverview, FL 33579-7161
tr          +Stephen L Meininger,    707 North Franklin Street,    Suite 850,    Tampa, FL 33602-4400
cr          +Carrington Mortgage Services,    c/o Ben-Ezra & Katz, PA,    2901 Stirling Road Suite 300,
              Ft. Lauderdale, fl 33312-6529
15038668    +American Express Travel Serv,    C/O Bruce E. Wagner, P.A.,    P.O. Box 101175,
              Fort Lauderdale, FL 33310-1175
15038669    +Carring Mtg,    1610 E. St. Andrews Place,    #B150,    Santa Ana, CA 92705-4931
15038670    +HD Credit,    3850 Arrowhead Dr,    Carson City, NV 89706-2016
15038671    +Henry S. Wulf, Esq.,    Carlton Fields,    P.O. Box 150,    West Palm Beach, FL 33402-0150
15038672    +Hilco Receivables,    5 Revere Dr,    Suite 206,    Northbrook, IL 60062-1568
15038673    +Hillsborough County Water,    PO Box 89097,    Tampa, FL 33689-0401
15182269    +Jay COnner,    20 Lownedes Pointe Drive,    Charleston, SC 29403-3260
15038674    +Kass, Shuler, et al.,    P.O. Box 800,    Tampa, FL 33601-0800
15038675    +Krohn & Moss,    120 W. Madison St,    10th Floor,    Chicago, IL 60602-4107
15038676    +MAF Collection Service,    134 S. Tampa Street,    Tampa, FL 33602-5354
15038677    +Media General Operations,    3355 Lenox Rd,    Atlanta, GA 30326-1394
15038679    +NCO Financial Sys, Inc,    507 Prudential Rd,    Horsham, PA 19044-2368
15038678    +Nat'l Recovery,    4201 Crums Mill Rd,    Harrisburg, PA 17112-2893
15038680     Paragon Way, Inc.,    PO BOX 42829,    Austin, TX 78704-0044
15038681    +Teachers Ins. Assoc of Amer,    730 Third Avenue,    New York, NY 10017-3207
15038683    +World Omni,    6150 Omni Park Drive,    Mobile, AL 36609-5195

The following entities were served by electronic transmission on Dec 20, 2008.
tr          +EDI: QSLMEININGER.COM Dec 19 2008 23:58:00     Stephen L Meininger,    707 North Franklin Street,
              Suite 850,    Tampa, FL 33602-4400
15038680     EDI: CFSX.COM Dec 19 2008 23:58:00     Paragon Way, Inc.,    PO BOX 42829,    Austin, TX 78704-0044
15038682    +EDI: AFNIVERIZON.COM Dec 19 2008 23:58:00     Verizon,    P.O. Box 11328,
              Saint Petersburg, FL 33733-1328
                                                                                               TOTAL: 3

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 21, 2008**              **Signature:** _Joseph Speetjens_